


# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERTA BOYD,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>FORT PECK TRIBES,<br><br>　　　　　　Respondent. | No. CV 09-84-GF-SEH<br><br>**ORDER** |

On September 14, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986).

---

[1] Docket No. 3.

However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Petitioner's petition for writ of habeas corpus[2] is DISMISSED for lack of subject matter jurisdiction.

2. The Clerk of Court is directed to enter a judgment of dismissal.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as this Court lacks subject matter jurisdiction.

DATED this 27th day of October, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.